UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEATRICAL DRIVERS AND HELPERS LOCAL UNION NO. 817 INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br>　　　　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>FILMS IN MOTION LLC,<br>　　　　　　　　　Defendant. | 20-CV-789 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

On June 26, 2020, Plaintiff notified the Court that Defendant was served on May 20, 2020, but that Plaintiff had not yet received the executed USM-285 form. As of August 3, 2020, Plaintiff has still not filed proof of service.

Plaintiff is directed to advise the Court in writing as to the status of the executed USM-285 form. If no written communication is received by August 7, 2020, showing good cause why proof of service has not yet been filed, the Court shall dismiss the case.

　　　　SO ORDERED.

Dated: August 3, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　United States District Judge