IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

THEATRICAL DRIVERS AND HELPERS       :
LOCAL UNION NO. 817, INTERNATIONAL   :
BROTHERHOOD OF TEAMSTERS,            :
                                     :
     Petitioner,                      :
                                     :
     v.                               :     Civil Action No. 1:20-cv-00789-JPO
                                     :
FILMS IN MOTION, LLC,                :
                                     :
     Respondent.                      :

## **DEFAULT JUDGMENT**

     The Respondent, Films In Motion, LLC, having failed to appear, plead or otherwise

defend in this action, and the Clerk having entered a Certificate of Default on August 28, 2020,

and counsel for Petitioners, Theatrical Drivers and Helpers Local Union No. 817, International

Brotherhood of Teamsters, having filed a motion and affidavit in accordance with the Federal

Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b);

     IT IS on this   28th   day of    April     , 2021, hereby ORDERED that

Judgment is entered in favor of Petitioners, Theatrical Drivers and Helpers Local Union No. 817,

International Brotherhood of Teamsters and against Respondent, Films in Motion, LLC, as

follows:

          1.   The sum of $56.00 in lost wages to Winnie Wu and $709.82 in lost

                contributions to the Motion Picture Industry Pension and Health Plans on

                behalf of Winnie Wu plus interest on the judgment at the legal rate until

                the judgment is satisfied; and

2. The sum of $2,025.24 in lost wages to Michael McGrail and $1,855.89 in lost contributions to the Motion Picture Industry Pension and Health Plans on behalf of Michael McGrail plus interest on the judgment at the legal rate until the judgment is satisfied.

April 28, 2021

J. PAUL OETKEN
United States District Judge